UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED - GR
November 16, 2022 3:51 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: KB /11-17

BENIGNO PEREZ-AGUILAR,

    Petitioner,

1:22-cv-1070
Sally J. Berens
U.S. Magistrate Judge

-v-                    CASE NO:

                      HONORABLE:

                      MAGISTRATE

JAMES CORRIGAN, Warden,

    Respondent.

_____/

PETITION FOR WRIT OF HABEAS CORPUS

---

Now comes Petitioner Benigno Perez-Aguilar in Pro Se pursuant to 28 USC 2254 moving this Honorable Court to grant Petition For Writ Of Habeas Corpus on the grounds set forth herein.

In support, Petitioner states:

1.) Petitioner is a United States citizen. YES ___ NO XX

2.) Petitioner is currently incarcerated, confined within the Chippewa Correctional Facility located in Kincheloe, Michigan. Prison number 609503.

3.) Petitioner's incarceration arises from being tried and convicted of the following offense(s):

1

4.) One Count – First Degree Criminal Sexual Conduct MCL 750.520(2)(b) (Person under 13); One Count – Second Degree Criminal Sexual Conduct MCL 750.520c(2)(b) (Person under 13).

5.) On December 10, 2018 following trial by jury, the Honorable Judge Paul J. Sullivan, presiding within the Circuit Court for the County of Kent, sentenced Petitioner 25 years to 40 years imprisonment in regards to Criminal Sexual Conduct First Degree; 5 years to 15 years imprisonment regarding Criminal Sexual Conduct Second Degree. Docket Number 19-3289-FC.

6.) Petitioner appealed to the Michigan Court of Appeals who affirmed conviction and sentence on September 23, 2021. Docket Number 352055.

7.) Michigan Supreme Court denied leave on May 31, 2022. Docket Number 163758.

8.) Petitioner was represented during Trial proceedings by Defense Counsel:

KELLEN DOTSON

9.) Petitioner was represented on Appeal As Of Right within Michigan Court of Appeals and Michigan Supreme Court by Appellate Counsel:

Matthew A. Monahan (P84051)
3031 W. Grand Blvd., Ste. 450
Detroit, Michigan 48202

2

10.) There are no other appeals pending pertaining to this or any other matter.

11.) Petitioner brings three (3) issues before this Honorable Court pertaining to:

### I

EXPERT TESTIMONY FROM THOMAS COTTRELL DID NOTHING MORE THAN BOLSTER CLARISSE AND GENESIS. THE TRIAL COURT ABUSED ITS DISCRETION IN LETTING DR. COTTRELL TESTIFY.

### II

TRIAL COUNSEL'S ERRORS PERMITTED THE STATE TO BOLSTER ITS KEY WITNESS WITH INADMISSIBLE HEARSAY AND IMPROPER CHARACTER EVIDENCE. COUNSEL VIOLATED PETITIONER'S SIXTH AMENDMENT RIGHT TO COUNSEL.

### III

PLAIN ERROR OCCURRED WHEN THE STATE ELICITED INADMISSIBLE HEARSAY FROM THREE WITNESSES.

12.) Petitioner now submits Petition For Writ Of Habeas Corpus moving this Honorable Court to grant Petition on the grounds set forth in Memorandum Of Law In Support Of Petition For Writ Of Habeas Corpus, remand Petitioner for new trial, in absence of inadmissible testimony.

Date: November 10, 2022        Respectfully Submitted,

Benigno Perez-Aguilar
Inmate Number 609503
Petitioner in Pro Se
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, Michigan 49784

3

STATEMENT OF VERIFICATION

I, Benigno Perez-Aguilar swear the Petition For Writ Of Habeas Corpus, Memorandum Of Law In Support Of Petition For Writ Of Habeas Corpus and contents thereof, are true to the best of my knowledge, information and belief. My signature attests to said pursuant to MCR 1.109(E)(5).

Dated: **November 10**, 20**22**    Signed,

*Benigno Perez Aguilar*
Benigno Perez-Aguilar
Inmate Number 609503
Petitioner in Pro Se
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, Michigan 49784



U.S. Dist. Court
110 Michigan st
Grand Rapids MI 49503

Benigno Perez Aguilar
Number 609503
Chippwa Correctional Facility
4269 W. M-80
Kincheloe, Michigan 49784

